**Opinion issued March 18, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00699-CV

———————————

**JUBREEL IBRAHIM, Appellant**

**V.**

**KIESHA MCFADDEN, Appellee**

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-82954**

---

## MEMORANDUM OPINION

Appellant Jubreel Ibrahim filed a Motion to Voluntarily Dismiss Appeal requesting an order from this Court "dismissing this appeal." Appellee Kiesha McFadden responded that she has no objection to dismissal, but requests that she be

awarded attorney's fees. No cross appeal has been filed and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

We grant Appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). Appellee's request for attorney's fees is denied. All other pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.